

# Court of Appeals
# Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-17-00062-CV

## Trial Court No. 08240-CCL-15

## Larry W. Hare

## Vs.

## Linda Dee Longstreet

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | JAY MILLS |
| Clerk's record | $74.00 | STEVE STARK |
| Reporter's record | $246.00 | Appellant Larry W. Hare |
| Supreme Court chapter 51 fee | $50.00 | Stark & Groom LLP |
| Required Texas.gov efiling fee | $30.00 | Stark & Groom LLP |
| Indigent | $25.00 | Stark & Groom LLP |
| Filing | $100.00 | Stark & Groom LLP |
| **TOTAL:** | $535.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 22nd day of January 2018, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk